IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PAULA TRIGG,

       Plaintiff,

vs.                                              Case No.: 4:17-cv-00314-WS-CAS

CAPITAL ONE BANK (USA) N.A.,

       Defendant.

_____/

## NOTICE OF SETTLEMENT

Plaintiff, Paula Trigg ("Plaintiff"), and Defendant, Capital One Bank (USA) N.A. ("Capital One") (collectively referred to as the "parties"), respectfully inform this Court that a settlement of the present matter has been reached as to all claims of Plaintiff, Paula Trigg, against Capital One. The parties therefore request that this Honorable Court allow the parties 60 days to file the necessary dismissal papers.

Respectfully submitted this 27th day of July 2018.

| /s/ Eric D. Stevenson | /s/ Megan P. Stephens |
|---|---|
| Eric D. Stevenson | Megan P. Stephens |
| Stevenson Klotz, LLP | Burr & Forman LLP |
| Florida Bar No.: 144495 | Florida Bar No. 92557 |
| 510 E. Zaragoza Street | 420 N. 20th Street, Suite 3400 |
| Pensacola, FL 32502 | Birmingham, AL 35203 |
| (850) 444-0000 | (205) 251-3000 |
| eric@stevensonklotz.com | mstephens@burr.com |
| serviceeds@stevensonklotz.com | Attorney for Defendant |
| Attorney for Plaintiff | |