UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PAULA TRIGG,

    Plaintiff,

v.                                    4:17cv314–WS/CAS

CAPITAL ONE BANK (USA) N.A.,

    Defendant.

## ORDER OF DISMISSAL

The parties having filed a joint stipulation of dismissal with prejudice, it is

ORDERED:

The clerk shall enter judgment of dismissal stating: "All claims are dismissed with prejudice."

DONE AND ORDERED this  12th  day of   November  , 2018.

                s/ William Stafford
                WILLIAM STAFFORD
                SENIOR UNITED STATES DISTRICT JUDGE