**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

PAULA TRIGG

    VS                                                        CASE NO.  4:17cv314-WS/CAS

CAPITAL ONE BANK (USA) N.A.

**JUDGMENT**

All claims are dismissed with prejudice.

                                           JESSICA J. LYUBLANOVITS
                                           CLERK OF COURT

November 13, 2018                       *s/ Cindy Markley*
DATE                                   Deputy Clerk: Cindy Markley